UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-cv-21273-LEIBOWITZ

DELFIN RODRIGUEZ,

     *Plaintiff,*

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

     *Defendants.*

_____/

## ORDER

     **THIS CAUSE** is before the Court on Defendants' Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Motion") [ECF No. 5], filed on March 24, 2026.  Defendants seek a ninety-day extension to respond to the Complaint because the USCIS is working to adjudicate Plaintiff's application and anticipates a forthcoming decision on the application. [*Id.* ¶¶ 2–3].  Accordingly, upon due consideration, it is hereby **ORDERED AND ADJUDGED** that the Motion [**ECF No. 5**] is **GRANTED**.  Defendants shall respond to the Complaint [ECF No. 1] **no later than July 24, 2026**.

     **DONE AND ORDERED** in the Southern District of Florida on March 24, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record