UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-cv-21273-LEIBOWITZ

DELFIN RODRIGUEZ,

     *Plaintiff,*

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

     *Defendants.*

_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Notice of Dismissal Voluntary [ECF No. 17], filed July 6, 2026.  Being fully advised, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED** *without prejudice*.  Each party shall bear its own attorneys' fees and costs unless otherwise agreed.  The *Clerk of Court* is *directed* to **CLOSE** this case.  All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on July 7, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record